MARTHA VICHNES, Also Known as MARTHA WHITNEY, an Infant, by JOSEPH VICHNES, Her Guardian ad Litem, Respondent, *v.* TRANSCONTINENTAL & WESTERN AIR, INC., Appellant.

Supreme Court, Appellate Term, First Department, March 8, 1940.

*Chadbourne, Wallace, Parke & Whiteside [Charles Pickett* of counsel], for the appellant.

*Herman Koenigsberg,* for the respondent.

PER CURIAM. Since the facts are not in dispute the question presented is one of law. Plaintiff, a fifteen-year-old infant, paid defendant $160 for one meal and transportation from New York to Los Angeles. On returning to New York she repudiated the transaction, demanded return of the amount paid, and brought this action in which she has been granted summary judgment.

No controlling authority sustaining such a determination has been brought to our attention, and we are unable to agree with the decision below.

The contracts of infants are voidable, not void, and there is no basis for rescission here in view of the concession that the reasonable value of the transportation was the sum paid by plaintiff.

Judgment and order granting summary judgment reversed, with ten dollars costs, and defendant's motion for summary judgment granted, with costs.

SHIENTAG and NOONAN, JJ., concur.

HAMMER, J. I concur. But I also observe that by section 513 of the Penal Law a common carrier of passengers who, without just cause or excuse, refuses to receive and carry a passenger is guilty of a misdemeanor. The record shows no fact which would have justified defendant's refusal to receive and carry the plaintiff.